**SO ORDERED.**

**SIGNED this 8 day of November, 2017.**

Stephani W. Humrickhouse

**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **IN RE:**<br>**WALL GROUP INDUSTRIES, INC.**<br>**DEBTOR** | **CHAPTER 11**<br>**CASE NO. 17-80873**<br>**(United States Bankruptcy Court for the Middle District of North Carolina)** |
| **MICHAEL D. OLANDER, JR. individually and derivatively on behalf of Wall Group Industries, Inc., and MDO HOLDINGS, LLC,**<br>**PLAINTIFFS,**<br><br>**v.**<br><br>**FRANK LEE BYRD and WALL GROUP INDUSTRIES, INC.,**<br>**DEFENDANTS.** | **Misc. Pro. No.: 17-00002-5-SWH** |

## CONSENT ORDER ON MOTION TO TRANSFER VENUE

THIS MATTER coming before the Court on Debtor's motion to transfer venue; and it appearing to the Court that all parties consent to the entry of this Order and that the Motion should be allowed for good cause shown;

IT IS ORDERED that this case be transferred to the United States Bankruptcy Court



PPAB 3930272v1

for the Middle District.

CONSENTED TO:

PARRY TYNDALL WHITE

/s/ James C. White
James C. White, N.C. Bar # 31859
Michelle M. Walker, N.C. Bar # 41664
100 Europa Drive, Suite 401
Chapel Hill, NC 27517
jwhite@ptwfirm.com
(919) 246-4676
(919) 246-9113 fax

*Attorneys for Debtor-in-Possession Wall Group Industries, Inc.*

PARKER POE ADAMS & BERNSTEIN LLP

/s/ Matthew P. Weiner
Matthew P. Weiner, N.C. Bar # 37128
301 Fayetteville Street, Ste 1400
Raleigh, NC 27602
(919)828-0564
mattweiner@parkerpoe.com

*Attorneys for Plaintiffs*

**END OF DOCUMENT**